1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNER JAMES, | Case No. 1:21-cv-01157-DAD-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| FCA US, LLC, | (ECF NO. 13) |
| Defendant. | |

On May 16, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and fees.  (ECF No. 13).  In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or fees.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __May 17, 2022__                  /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1